# IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| KINEDI WALLACE,<br>MARVIN FREEMAN,<br>MAUREEN KING,<br>MICHAELA MARTINA KING,<br><br>PLAINTIFFS,<br><br>VS.<br><br><br>JANIE KATHLEEN OSBORN,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3:06-CV-857-WKW

CIVIL ACTION NOS.
CV05-188, CV05-189, CV05-190,
CV05-191

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**  Eddie D. Mallard, Clerk
Circuit Court of Macon County, Alabama

Please take notice that Defendant in the above-styled action filed its Notices

of Removal, a copy of which is attached hereto, in the Office of the Clerk of the

United States District Court for the Middle District of Alabama.

This the 25th day of September, 2006.

M. Keith Gann
Thomas E. Bazemore, III
Attorneys for Defendant

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone:  (205) 251-1193
Facsimile:  (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **NOTICE OF FILING NOTICE OF REMOVAL** has been served upon:

David M. Cowan, Esq.
MANN, COWAN & POTTER, P.C.
2000-B SouthBridge Parkway
Suite 601
Birmingham, Alabama 35209

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

M. Brian Slaughter, Esq.
VARNER & ASSOCIATES
2600 Meadow Brook South
Suite 200
2600 Corporate Drive
Birmingham, Alabama 35242

by placing a copy of same in the U.S. Mail on **September 25, 2006.**.

Of Counsel